Judge James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **TRINE ERIKSEN**, | Case No. 2:10-cv-01373-BAT |
| Plaintiff, | **STIPULATION TO DISMISS WITHOUT PREJUDICE** |
| vs. | |
| **FIRST NATIONAL COLLECTION BUREAU, INC. and DAVID IMBURGIA** | NOTE ON MOTION CALENDAR: **November 19, 2010** |
| Defendants. | |

The parties in the above titled action have stipulated to dismiss this case without prejudice, each side to bear their own attorneys fees and costs.

Dated this 5th day of November, 2010.

| For Plaintiff, | For Defendants, |
|---|---|
| s/ Jon N. Robbins | s/ Stephen A. Bernheim |
| Weisberg & Meyers, LLC | Attorney at Law |

1  STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Filed electronically on this 5th day of November, 2010, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system this 5th day of November, 2010 to:

5

6  Stephen A. Bernheim
   Attorney at Law
7  512 Bell Street
   Edmonds, WA 98020-3147
8  Attorney for Defendants

9

10 By: s/ Tremain Davis
11      Tremain Davis

2  STIPULATION FOR DISMISSAL                                    WEISBERG & MEYERS, LLC
                                                                 3877 N. Deer Lake Rd.
                                                                 Loon Lake ,WA 99148
                                                                 509-232-1882
                                                                 866-565-1327 facsimile
                                                                 jrobbins@AttorneysForConsumers.com