FILED ___ ENTERED
LODGED ___ RECEIVED

NOV -8 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

10-CV-01373-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRINE ERIKSEN, | Case No. 2:10-cv-01373-BAT |
| Plaintiff, | |
| vs. | ORDER |
| FIRST NATIONAL COLLECTION BUREAU, INC. and DAVID IMBURGIA, | |
| Defendants. | |

IT IS HEREBY ORDERED that the parties Stipulation for Dismissal without Prejudice is hereby GRANTED.

DATED this 8th day of Nov., 2010.

_____
Honorable James L. Robart
United States District Judge

1